# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4038

_____

Douglas Thompson,                                    *
                                                     *
                      Appellant,                     *
                                                     *    Appeal from the United States
            v.                                       *    District Court for the
                                                     *    District of Minnesota.
Federal Bureau of Investigation,                     *       [UNPUBLISHED]
                                                     *
                      Appellee.                      *

_____

Submitted:   April 5, 1999

Filed:   May 11, 1999

_____

Before WOLLMAN, BRIGHT, and BEAM, Circuit Judges.

_____

PER CURIAM.

Douglas Thompson appeals from the district court's[1] order denying with prejudice his postconviction motion for return of seized property. Upon a careful

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.

review of the record and the parties' briefs, we conclude that the district court did not abuse its discretion in denying Thompson's motion.  See <u>Foy v. Klapmeier</u>, 992 F.2d 774, 779 (8th Cir. 1993) (standard of review for denial of equitable relief). Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.